# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 23-35540

**Case Name** Oregon Firearms Federation, Inc., et al v. Kate Brown, et al

**Counsel submitting this form** Leonard Williamson

**Represented party/parties** Oregon Firearms Fand all other Plaintiffs-Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

This is a constitutional litigation regarding the validity of Oregon's Ballot Measure 114 ("M114"), which Oregon voters narrowly passed in Fall 2022. Plaintiffs are firearms owners, firearms dealers, and pro-Second Amendment organizations that filed suit challenging the law; defendants are various Oregon state officials charged with enforcing it; and intervenor is an advocacy group that supported its passage.

Plaintiffs challenged M114's permitting provisions as violating the Second Amendment and the Due Process Clause of the Fourteenth Amendment; and challenged its prohibition on magazines with a capacity of more than 10 rounds of ammunition as violating the Second Amendment, the Takings Clause, the Due Process Clause of the Fourteenth Amendment, and as void for vagueness.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

*Briefly describe the result below and the main issues on appeal.*

The District Court denied Plaintiffs' motion for a temporary restraining order, see ECF 39, and denied as moot Plaintiffs' motion for a preliminary injunction, see ECF 153. It granted defendants' motion for partial judgment on the pleadings. See ECF 162. It denied both parties' motions for summary judgment, see ECF 216, but then on the eve of trial reversed itself sua sponte and granted partial summary judgment in favor of defendants on what it termed plaintiffs' as-applied challenges to M114's permitting scheme, see ECF 234. After a five-day bench trial, the District Court granted judgment for defendants on all remaining counts. See ECF 252, 261.

Plaintiffs appeal on all counts and on all theories raised below.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Case no. 23-35540 in this Circuit was appealed jointly with 23-35539. Cases nos. 23-35478 and 23-35479 in this Circuit were appealed from the same district court decision by other plaintiffs before judgment was entered.

**Signature** s/Leonard Williamson **Date** 8/22/2023
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 7     Rev. 09/01/22

2