UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| MARK FITZ; et al., | No. 23-35478 |
|---|---|
| Plaintiffs-Appellants, | D.C. Nos. 3:22-cv-01859-IM |
| v. | 2:22-cv-01815-IM |
| ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, In her official capacity as Superintendent of the Oregon State Police, | District of Oregon, Portland |
| | ORDER |
| Defendants-Appellees. | |

| DANIEL AZZOPARDI; SPORTSMAN'S WAREHOUSE INC., | No. 23-35479 |
|---|---|
| Plaintiffs-Appellants, | D.C. No. 3:22-cv-01869-IM |
| v. | |
| ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, In her official capacity as Superintendent of the Oregon State Police, | |
| Defendants-Appellees. | |

| KATERINA B. EYRE; et al., | No. 23-35539 |
|---|---|
| Plaintiffs-Appellants, | D.C. Nos. 3:22-cv-01862-IM |
| | 2:22-cv-01815-IM |

v.

ELLEN ROSENBLUM, In her official capacity as Attorney General of the State of Oregon; TERRI DAVIE, In her official capacity as Superintendent of the Oregon State Police,

    Defendants-Appellees,

and

OREGON ALLIANCE FOR GUN SAFETY,

    Intervenor-Defendant-Appellee.

---

OREGON FIREARMS FEDERATION, INC., an Oregon public benefit corporation; et al.,

    Plaintiffs-Appellants,

v.

KATE BROWN, Governor of the State of Oregon; et al.,

    Defendants-Appellees,

and

OREGON ALLIANCE FOR GUN SAFETY,

    Intervenor-Defendant-Appellee.

No. 23-35540

D.C. No. 2:22-cv-01815-IM

Before: RAWLINSON, BYBEE, and HURWITZ, Circuit Judges.

The motion to stay appellate proceedings (Docket Entry No. 10) is granted. Proceedings are stayed pending resolution of *Duncan, et al. v. Bonta*, appeal No. 23-55805.